UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BETH LOUISE G.,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. CV-24-115-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

 IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED. DATED this 24th day of September, 2025.

 Dated this 24th day of September, 2025

      TYLER P. GILMAN, CLERK


      By: /s/ Hailey Jaksha
         Deputy Clerk